AB:AMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | (8 U.S.C. § 1326(a) and (b)(2)) |
| THIERNO MARIFOU BAH, | 23-MJ-205 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      EGBERT SIMON, being duly sworn, deposes and states that he is a Supervisory Customs and Border Protection Officer with the United States Department of Homeland Security, United States Customs and Border Protection, duly appointed according to law and acting as such.

      On or about March 5, 2023, within the Eastern District of New York and elsewhere, the defendant THIERNO MARIFOU BAH, being an alien who had previously been deported and removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Attorney General of the United States and the Secretary of the Department of Homeland Security having expressly consented to such alien's applying for admission.

      (Title 8, United States Code, Section 1326(a) and (b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Supervisory Customs and Border Protection Officer with the United States Department of Homeland Security, United States Customs and Border Protection ("CBP") and have been involved in the investigation of numerous cases involving illegal reentry of aliens into the United States. I am familiar with the facts and circumstances set forth below from my participation in the investigation; from my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2. In or about January 2015, the defendant THIERNO MARIFOU BAH, a national of Guinea, was convicted of rape in the first degree, in violation of New York Penal Law Section 130.35(1), and was sentenced to five years' imprisonment and 10 years' post-release supervision. In or about June 2017, the defendant was ordered deported, and in or about November 2017, the defendant was removed from the United States to Guinea.

3. A search of immigration records reveals that there exists no request by the defendant for permission from either the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States.

4. On March 5, 2023 at approximately 5:58 p.m., the defendant arrived at John F. Kennedy International Airport ("JFK") in Queens, New York aboard Royal Air Maroc flight AT200 from Casablanca, Morocco. Upon the defendant's arrival at JFK, a search of his fingerprints in a law enforcement database revealed that he had previously been deported and removed from the United States.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5. The defendant was subsequently placed under arrest.

WHEREFORE, your deponent respectfully requests that the defendant THIERNO MARIFOU BAH be dealt with according to law.

_____
EGBERT SIMON
Supervisory Customs and Border Protection Officer
United States Department of Homeland Security,
United States Customs and Border Protection

Sworn to before me this
6th day of March, 2023

_____
THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK